**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **LEANDER JONES,** | ) | **Case No. 3:04CV7584** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **Judge John M. Manos** |
| | ) | |
| **ERNIE MOORE, WARDEN,** | ) | |
| | ) | |
| **Respondent.** | ) | **ORDER** |

Pursuant to the Memorandum of Opinion issued in the above-captioned case this date, this Petition for Writ of Habeas Corpus is denied. The Court certifies that an appeal cannot be taken in good faith because the Petitioner has not made a substantial showing of a denial of a constitutional right. See Federal Rule of Appellate Procedure 22(b); 28 U.S.C. § 2253( c). The Court also certifies that a motion to proceed *in forma pauperis* on appeal cannot be well taken. See 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

                                                    /s/ John M. Manos
                                        UNITED STATES DISTRICT JUDGE

Issued:    April 7, 2006